BRAFF, HARRIS & SUKONECK
COUNSELLORS AT LAW
570 W. MT. PLEASANT AVENUE
P.O. BOX 657
LIVINGSTON, NEW JERSEY 07039
Telephone: (973) 994-6677
Attorneys for Defendant, Estate of Sean Daly
Our File No. 625.17260

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Rhonda Daly individually and as Administrator and Administrator Ad Prosequendum of the estate of Sean Daly, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Norfolk Southern Railways, Intermodal Ramp Management, E-Rail, Taylor, Inc., John Does 1-10, XYZ Corporations 1-10,<br><br>Defendants. | CIVIL ACTION<br>DOCKET NO. 08-CV-4525<br><br>AMENDED ORDER OF DISMISSAL<br>Closed |

It appearing that it has been reported to the Court that the above-captioned action has been settled;

IT IS, on the 9th day of October, 2008,

ORDERED that this action is hereby dismissed as to the pre-suit discovery sought by plaintiff against all parties named in the action without costs and without prejudice with the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

JOSEPH A. GREENAWAY, JR., U.S.D.J.